EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Chief, Violent Crimes

WES REBER PORTER          #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2004

at 12 o'clock and 18 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 04-00333 DAE |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 2113(a); |
| KOLEN KAIMANA, | U.S.S.G. § 2B3.1(b)(2)(F)] |
| Defendant. | |

**I N D I C T M E N T**
(bank robbery)

The United States Attorney charges that:

On or about August 24, 2004, in the District of Hawaii,
defendant KOLEN KAIMANA, by intimidation, did take from the
person and presence of another money belonging to, and in the
care, custody, control, management, and possession of the First

Hawaiian Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

### SENTENCING ALLEGATION

(U.S.S.G. § 2B3.1(b)(2)(F))

During and in relation to the offense charged above, bank robbery, and in violation of Section 2B3.1(b)(2)(F) of the United States Sentencing Guidelines, defendant KOLEN KAIMANA made a "threat of death" as that term is defined in Application Note 6 to Section 2B3.1.

DATED: September 8, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney

2